# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

## NOTICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:24-MJ-00083 |
| | ) | |
| v. | ) | |
| | ) | |
| LYDELL CLANTON, | ) | |
| Defendant | ) | (ARBUCKLE, M.J.) |
| | ) | |

Type of Case:

( ) Civil    (**X**) Criminal

(xx) TAKE NOTICE that the proceeding in this case has been **SCHEDULED** for the place, date and time set forth below:

U.S. Courthouse  
Federal Building  
240 West Third Street  
Williamsport, PA 17701

COURTROOM No. 3  
3rd Floor  
**October 15, 2024**  
Time: **1:00 p.m.**

TYPE OF PROCEEDING:    **Initial Appearance – Rule 40**

Peter J. Welsh, Clerk of Court  
*s/Christine A. Williamson*  
Christine A. Williamson, Deputy Clerk

DATED:  October 9, 2024

To:  U.S. Attorney's Office  
Defendant  
U.S. Marshal  
Pretrial / Probation  
File